28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

**United States District Court**     District **Southern District of Indiana**

Name: **Michael Scuteri**   Prisoner No.: **286882**   Case No.: **ISF22-01-0187**   2:23-cv-00156-JPH-MJD

Place of Confinement: **Putnamville Correctional Facility**

Name of Petitioner: **Michael Andrew Scuteri**     Name of Respondent: **Dushan Zatecky**

V.

The Attorney General of the State of Indiana

### PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: **C.A.B. Officer, Putnamville Correctional Facility**

2. Date of Guilt determination: **01/26/22**

3. Sanctions imposed: **Class "B" write-up, 13 hours Extra Duty**

4. Nature of rule infractions involved: **"Interfering with Staff"**

5. What was your plea? (Check one)
   a. (a) Not guilty ☐
   b. (b) Guilty ☒

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   a. Screening Officer Hearing ☒
   b. (b) Full Hearing ☐

7. Did you testify at your disciplinary hearing?
   a. Yes ☒   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   a. Yes ☒   No ☐

**FILED**
**03/28/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SCANNED at Putnamville and Emailed on
3-28-23 by EW - 35 pages.
(date)  (initials)  (num)

9. If you did appeal, answer the following:

   a) Name and title of Reviewing Authority: **Document simply states "Facility Head". No actual Identification is given. Signature is unreadable.**

   b) Result: **Denied**

   c) Date of result: **11/21/22**

   d) Grounds raised: **"Your appeal has been received and reviewed. I find no errors that impede with your defense or right to appeal. The sanction(s) imposed is with in the guidelines of the disciplinary code of the Adult Disciplinary Procedures." (For further information please see attached documentation)**

   e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

      1) Name and title of Higher Reviewing Authority: **Deborah Reasoner, Appeal Review Officer**

      2) Result: **Denied**

      3) Date of result: **12/16/22**

      4) Grounds raised: **"You do not have an administrative right to file a second appeal in this case. The sanctions imposed do not constitute a grievous loss. The final reviewing authority in cases involving non-grievous loss is the facility Warden."**

      5)

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☒     No ☐

11. If your answer to 10 was "yes," give the following information:
    (1) Name of court: **SOUTHERN DISTRICT COURT OF INDIANA, TERRE HAUTE**
    (2) Nature of proceeding: **CIVIL (2:23-cv-00103-JMS-MJD) (I attached the civil suit to this document)**
    (3) Grounds raised: **In the commission of my crime I was involved in a severe automotive accident. I suffered a spinal injury. Listed below are the injuries:**

- **Acute Superior Endplate Compression Fracture of Lumbar 2**
- **Spinous tip fracturing of Thoracic 2**
- **Spinous tip fracturing of Thoracic 3**
- **Spinous tip fracturing of Thoracic 4**

- **Spinous tip fracturing of Thoracic 5**
- **Spinous tip fracturing of Thoracic 6**
- **Disc narrowing at C6-C7**
- **Disc bulging at C6-C7**

The medical records were presented to IDOC personnel. I was refused a proper accommodation and told my injuries were irrelevant.

When I arrived at the Indiana Department of Corrections, they were fully informed of this information. Upon my reception at the Putnamville Correctional Facility, classification insisted I be placed on the AM-PDR (Prisoner Dining Room) count letter. I was physically incapable of performing this job. That being said, I was forced to endure indescribable agony under a constant looming threat of "Class "B" write ups" and threats of being sent to the "Hole" for refusing to work.

I was written up by an outside contractor (Aramark) who was forcing me to work by threatening to cause me physical and emotional harm. I sat quietly in the corner and read my book because I was not able to do the work. I was not causing any disturbance.

I was informed that this matter was investigated and resolved and that this Class "B" write up had been removed from my record. Apparently it was not.

I did not receive an actual loss of "Good Time", however, a Class "B" write-up does interfere with programming, Case Plan Credit Time, and it does stain my Conduct Record.

**CAUTION:** In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 993 (7th Cir. 1990) prior to filing this petition.

a) **GROUND ONE:** This is a Class "B" write up for "Interfering with Staff". I informed this facility multiple times of my disabilities and was steadily refused "Proper Accommodation" as is required by the Americans with Disabilities Act. This Class "B" write up will have an adverse effect on my Case Plan Credit Time or CPCT. This will have effect on my 180 day time cut.

b) **GROUND TWO: Outside contractors are apparently permitted to threaten and abuse offenders at the Putnamville Correctional Facility.**

c) **GROUND THREE: The Putnamville Correctional Facility is apparently exempt from the rules, laws and regulations set forth by the Americans with Disabilities Act.**

d) **GROUND FOUR: I am entitled to have this write up Completely removed from my Conduct Record before my next CPCT review date.**

If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level: **I have attached all documents regarding this event to this petition for review.**

12. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

    Yes ☒   No ☐

13. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

    a) At Disciplinary hearing: **N/A**
    b) At Institutional Level Appeal: **N/A**
    c) At I.D.O.C. Level Appeal: **N/A**

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Michael Scuteri #286882

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on

DATE: 03/27/23

_____
Michael Scuteri

## CERTIFICATE OF SERVICE

I, Michael Andrew Scuteri, hereby certify that on this 27th day of March, 2023, I served a true and correct copy of the foregoing Petition under 28 USC § 2254 For Writ Of Habeas Corpus upon the Attorney General of Indiana, Indiana Government Center South, Fifth Floor, 302 W. Washington Street, Indianapolis, Indiana 46204; by ordinary, first class, postage prepaid, United States Mail.

_____
Signature of Petitioner