UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL ANDREW SCUTERI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DUSHAN ZATECKY Warden, )<br>)<br>Respondent. ) | No. 2:23-cv-00156-JPH-MJD |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 9/19/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _*Pam Pope*_
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL ANDREW SCUTERI
286882
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

David A. Arthur
INDIANA ATTORNEY GENERAL
David.Arthur@atg.in.gov